**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

| | |
|---|---|
| ANSWERS IN GENESIS, INC., *et al.* <br><br> Plaintiffs, <br><br> -v- <br><br> BROTHERHOOD MUTUAL INSURANCE SERVICES, LLC, *et al.* <br><br> Defendants. | Civil Action No. 2:22-cv-00080-DLB-CJS <br><br><br> **ORDER GRANTING JOINT MOTION FOR BRIEF STAY AND VACATING CURRENT CASE DEADLINES** |

This matter is before the Court on the Parties' Joint Motion for Brief Stay and to Vacate Current Discovery Deadlines. Having reviewed the Joint Motion and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Parties' Joint Motion (R. 49) is **GRANTED**;

(2) This action is **STAYED** pending further order of the Court;

(3) The current deadlines in the Scheduling Order entered May 30, 2024 (Doc. # 48) are **VACATED**; and

(4) The Parties are **ORDERED** to file a Joint Status Report updating the Court on the result of mediation within **fourteen (14) days of the mediation** and, if necessary, proposing a final schedule and deadlines for this matter.

**SO ORDERED** this 20th day of June, 2024.



Signed By:
*Candace J. Smith*
United States Magistrate Judge