# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| ANSWERS IN GENESIS, INC., *et al.* <br><br> Plaintiffs, <br><br> -v- <br><br> BROTHERHOOD MUTUAL INSURANCE SERVICES, LLC, *et al.* <br><br> Defendants. | Civil Action No. 2:22-cv-00080-DLB-CJS <br><br> **Judge David L. Bunning** <br><br> **JOINT STATUS REPORT AND NOTICE OF SETTLEMENT** |

Pursuant to the Court's June 20, 2024 Order Granting Joint Motion for Stay and Vacating Current Case Deadlines (Doc. # 50), Plaintiffs Answers in Genesis, Inc. and Crosswater Canyon, Inc. ("Plaintiffs"), by and through counsel, and Defendant Brotherhood Mutual Insurance Company ("Defendant"), by and through counsel, hereby submit the following Joint Status Report and state as follows:

1. The Parties engaged in a private mediation on September 27, 2024 and October 17, 2024, and pursuant to LR 54.1, hereby notify the Court that the parties have reached an agreement in principle to settle this action.

2. It is anticipated that it will take approximately 30 days to complete all necessary steps to effectuate the settlement.

3. The Parties will then file a Stipulation of Dismissal in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

| | |
|---|---|
| /s/ *Amanda Brooke Burton* | /s/ *Christine Steele* |
| Steven C. Coffaro (KBA 86202) | John C. Scott |
| Anthony M. Verticchio (KBA 92716) | Christine Steele |
| Amanda Brooke Burton (KBA 96213) | FAULKNER & TEPE, LLP |
| KEATING MUETHING & KLEKAMP PLL | 720 E. Pete Rose Way, Suite 300 |
| One East Fourth Street, Suite 1400 | Cincinnati, OH 45202 |
| Cincinnati, OH 45202 | Telephone: (513) 421-7500 |
| Tel: 513.579.6400 | Facsimile: (513) 421-7502 |
| Fax: 513.579.6457 | jscott@faulkner-tepe.com |
| steve.coffaro@kmklaw.com | csteele@faulkner-tepe.com |
| averticchio@kmklaw.com | |
| aburton@kmklaw.com | and |
| *Attorneys for Plaintiffs* | John C. Trimble (*pro hac vice*) |
| | Meghan E. Ruesch (*pro hac vice*) |
| | LEWIS WAGNER |
| | 1411 Roosevelt Avenue, Suite 102 |
| | Indianapolis, IN 46201 |
| | Telephone: (317) 237-0500 |
| | Facsimile: (317) 630-2790 |
| | jtrimble@lewiswagner.com |
| | mruesch@lewiswagner.com |
| | *Attorneys for Defendant* |

2