UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 22-80-DLB-CJS

ANSWERS IN GENESIS, INC., et al.    PLAINTIFFS

v.    **ORDER**

BROTHERHOOD MUTUAL
INSURANCE COMPANY    DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Status Report and Notice of Settlement (R. 51), wherein the parties inform they have reached an agreement in principle to settle this action and request approximately thirty days to complete all necessary steps to effectuate the settlement. Accordingly, upon consideration, and the Court being sufficiently advised,

**IT IS ORDERED** that:

1)   the stay of this action (*see* R. 50) is hereby **lifted;** and

2)   by **Monday, November 25, 2024**, the parties shall file an agreed order of dismissal for District Judge Bunning's consideration or a Civil Rule 41-compliant stipulation of dismissal.

Signed this 25th day of October, 2024.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

G:\Judge-CJS\DATA\Orders\civil cov\2022\22-80-DLB-CJS AOD order.docx