Eastern District of Kentucky
FILED

NOV 26 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| ANSWERS IN GENESIS, INC., *et al.* | Civil Action No. 2:22-cv-00080-DLB-CJS |
| Plaintiffs, | Judge David L. Bunning |
| -v- | |
| BROTHERHOOD MUTUAL INSURANCE SERVICES, LLC, *et al.* | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to the Court's October 25, 2024 Order (Doc. # 52), Plaintiffs Answers in Genesis, Inc. and Crosswater Canyon, Inc. ("Plaintiffs"), by and through counsel, and Defendant Brotherhood Mutual Insurance Company ("Defendant"), by and through counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action, and all claims asserted therein, are dismissed with prejudice, with the Parties to bear their own costs, if any.

This day 26th of November, 2024.

Signed By:
*David L. Bunning*
United States District Judge

| | |
|---|---|
| */s/ Amanda Brooke Burton* | */s/ John C. Trimble* |
| Steven C. Coffaro (KBA 86202) | John C. Scott |
| Anthony M. Verticchio (KBA 92716) | Christine Steele |
| Amanda Brooke Burton (KBA 96213) | FAULKNER & TEPE, LLP |
| KEATING MUETHING & KLEKAMP PLL | 720 E. Pete Rose Way, Suite 300 |
| One East Fourth Street, Suite 1400 | Cincinnati, OH 45202 |
| Cincinnati, OH 45202 | Telephone: (513) 421-7500 |
| Tel: 513.579.6400 | Facsimile: (513) 421-7502 |
| Fax: 513.579.6457 | jscott@faulkner-tepe.com |
| steve.coffaro@kmklaw.com | csteele@faulkner-tepe.com |
| averticchio@kmklaw.com | |
| aburton@kmklaw.com | and |

*Attorneys for Plaintiffs*

                John C. Trimble (*pro hac vice*)
                Meghan E. Ruesch (*pro hac vice*)
                LEWIS WAGNER
                1411 Roosevelt Avenue, Suite 102
                Indianapolis, IN 46201
                Telephone: (317) 237-0500
                Facsimile: (317) 630-2790
                jtrimble@lewiswagner.com
                mruesch@lewiswagner.com

                *Attorneys for Defendant*